

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00194-CV

_____

IN RE ROBERTSON POOLS, INC., DAVID CAMPBELL, AND JOSEPH CAYTON, Relators

---

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 23-10843-431

---

Before Walker, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

We have considered relators' "Agreed Motion to Dismiss Petition for Writ of Mandamus." We grant the motion, dismiss this original proceeding, and lift our stay order of April 29, 2025, which will have no further effect.

Per Curiam

Delivered: May 15, 2025